IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANITA JAIRAM,                            )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        NO. 3-20-cv-00894
                                         )        JUDGE RICHARDSON
SMILEDIRECTCLUB, LLC,                    )
                                         )
        Defendant.                       )
                                         )

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal With Prejudice (Doc. No. 13). This Notice was filed before Defendant had served either an answer or a motion for summary judgment and, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Notice of Dismissal sufficed to dismiss this action without any action on the part of the Court. The Notice states that the dismissal of Plaintiff's claims is with prejudice, and thus under Rule 41(a)(1)(B), the dismissal in fact is with prejudice.[1]

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff also represents that the claims of any putative class members are dismissed without prejudice. No class has been certified in this action, so there are no existing class members.